AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Gritzner, James E | 2. Court or Organization<br><br>U.S. Dist. Court - S. Iowa | 3. Date of Report<br><br>5/3/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ◉ Annual ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br><br>123 E. Walnut Street<br><br>Des Moines, Iowa 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ *NONE* - No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Dakota Wesleyan University |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ *NONE* - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Nyemaster Law Firm Deferred Compensation |

RECEIVED
2005 MAY -9 A 10: 22
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2/27/04 | Nyemaster Law Firm Deferred Compensation | 63,379.29 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amounts not required except for honoraria.)

☑ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ *NONE* - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gritzner, James E | 3/2/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ *NONE* - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ *NONE* - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. AIM Large Cap Growth Fund | | | | | Sell | 3/17 | J | A | |
| 3. AIM Emerging Growth Fund | | | | | Sell | 3/17 | J | A | |
| 4. Gateway, Inc. | | | | | Sell | 3/17 | J | A | |
| 5. Maytag | | | | | Sell | 3/17 | J | A | |
| 6. McLeod USA | | | | | Sell | 3/17 | J | A | |
| 7. McLeod USA Inc. Cl. A | | | | | Sell | 3/17 | J | A | |
| 8. PIMCO Innovation Fund | | | | | Sell | 3/17 | J | A | |
| 9. Putnam International Growth Fund | | | | | Sell | 3/17 | J | A | |
| 10. Janus Fund | | | | | Sell | 3/4 | K | A | |
| 11. Fidelity Asset Manager Fund | | | | | Sell | 3/4 | K | A | |
| 12. UBS Painewebber Cash Fund | | | | | Close | 3/4 | A | A | |
| 13. Brokerage Acct. #2 | | | | | | | | | |
| 14. Piper Jaffray Prime Obligations | B | Dividend | A | T | | | | | |
| 15. Columbia Acorn Tr. Fund A | B | Dividend | L | T | Buy | 3/17 | L | | |
| 16. | | | | | Partial sale | 11/23 | J | A | |
| 17. Euro Pac Growth Fd Cl F | B | Dividend | L | T | Buy | 3/17 | J | | |
| 18. Fid Adv Diversified Int'l | | | | | Buy | 3/17 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | | | | | Sell | 11/23 | J | A | |
| 20. Ishares Tr S&P 500 Index | B | Dividend | J | T | Buy | 3/9 | K | | |
| 21. | | | | | Partial sale | 5/17 | J | A | |
| 22. | | | | | Partial sale | 8/5 | J | A | |
| 23. | | | | | Partial sale | 11/23 | K | A | |
| 24. Templeton Foreign Fd Cl A | B | Dividend | J | T | Buy | 3/17 | J | | |
| 25. | | | | | Partial sale | 11/23 | J | A | |
| 26. IRA #1 | C | Dividend | N | T | | | | | |
| 27. Piper Jaffray Prime Obligations | | | | | Opened | 3/24 | A | | |
| 28. Euro Pac Growth Fd Cl F | | | | | Buy | 3/24 | K | | |
| 29. Fidlty New Insights Fd A | | | | | Buy | 3/24 | J | | |
| 30. Fid. Adv Sr. Viii Div Int'l | | | | | Buy | 3/24 | K | | |
| 31. Fid. Advisor I Eqty Growth A | | | | | Buy | 3/24 | J | | |
| 32. Franklin Value Invs Tr. | | | | | Buy | 3/24 | K | | |
| 33. Growth Fund Amer Inc Cl F | | | | | Buy | 3/24 | J | | |
| 34. Mfs Ser Tr Ix Research A | | | | | Buy | 3/24 | L | | |
| 35. Mutual Ser Fd Shs Cl A | | | | | Buy | 3/24 | L | | |
| 36. | | | | | Partial sale | 11/23 | J | A | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Templeton Foreign Fd Cl A | | | | | B y | 3/24 | K | | |
| 38. IRA #2 | B | Dividend | M | T | | | | | |
| 39. Piper Jaffray Prime Obligations | | | | | Opened | 3/24 | A | | |
| 40. Agilent Technologies Inc | | | | | Buy | 3/25 | J | | |
| 41. | | | | | Buy | 5/11 | J | | |
| 42. | | | | | Buy | 11/12 | J | | |
| 43. Aetna Inc New | | | | | Buy | 3/25 | J | | |
| 44. | | | | | Buy | 5/10 | J | | |
| 45. Albertsons Inc | | | | | Buy | /25 | J | | |
| 46. | | | | | Buy | 4/21 | J | | |
| 47. Altria | | | | | Buy | 3/25 | J | | |
| 48. | | | | | Sell | 4/21 | J | A | |
| 49. Aon Corp | | | | | Buy | 3/25 | J | | |
| 50. Bank of America | | | | | Buy | 3/25 | J | | |
| 51. | | | | | Buy | 4/12 | J | | |
| 52. | | | | | Sell | 4/21 | J | A | |
| 53. Barrick Gold Corp | | | | | Buy | 3/25 | J | | |
| 54. | | | | | Buy | 4/21 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Citigroup Inc | | | | | Buy | 3/25 | J | | |
| 56. | | | | | Buy | 4/12 | J | | |
| 57. Computer Assoc Int'l Inc | | | | | Buy | 3/25 | J | | |
| 58. Conucophilt' | | | | | Buy | 3/25 | J | rps | |
| 59. | | | | | Partial sale | 7/1 | J | A | |
| 60. | | | | | Partial sale | 11/15 | J | A | |
| 61. Countrywide Fini Co | | | | | Buy | 3/25 | J | | |
| 62. | | | | | Buy | 4/21 | J | | |
| 63. | | | | | Partial sale | 6/21 | J | A | |
| 64. | | | | | Buy | 10/26 | J | | |
| 65. Dominion Res Inc Va New | | | | | Buy | 3/25 | J | | |
| 66. Fannie Mae | | | | | Buy | 3/25 | J | | |
| 67. | | | | | Buy | 11/30 | J | | |
| 68. Firstenergy Corp | | | | | Buy | 3/25 | J | | |
| 69. | | | | | Buy | 5/17 | J | | |
| 70. | | | | | Sell | 11/5 | J | A | |
| 71. Genworth Financial Cl A | | | | | Buy | 5/25 | J | | |
| 72. | | | | | Buy | 5/26 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. | | | | | Buy | 5/27 | J | | |
| 74. Hartford Finl Svs. Group | | | | | Buy | 3/25 | J | | |
| 75. HCA Inc | | | | | Buy | 3/25 | J | | |
| 76. | | | | | Sell | 11/18 | J | A | |
| 77. Ingersoll Rand Co. Ltd A | | | | | Buy | 3/25 | J | | |
| 78. International Paper Co | | | | | Buy | 3/25 | J | | |
| 79. Jpmorgan Chase & Co | | | | | Buy | 3/25 | J | | |
| 80. | | | | | Buy | 4/12 | J | | |
| 81. Kerr-McGee Corporation | | | | | Buy | 3/25 | J | | |
| 82. | | | | | Buy | 4/21 | J | | |
| 83. | | | | | Buy | 4/22 | J | | |
| 84. | | | | | Buy | 5/12 | J | | |
| 85. Kimberly-Clark Con | | | | | Buy | 3/25 | J | | |
| 86. Liberty Media Int'l Inc | | | | | Buy | 3/25 | J | | |
| 87. | | | | | Sell | 6/21 | J | A | |
| 88. Liberty Media Corp A New | | | | | Buy | 3/25 | J | | |
| 89. Lockheed Martin Corp | | | | | Buy | 3/25 | J | | |
| 90. | | | | | Buy | 4/21 | J | | |

1. Income/Gain Codes
(See Columns B1 and D4)

| A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|
| F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
|---|---|---|---|---|
| N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |

3. Value Method Codes
(See Column C2)

| Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
|---|---|---|---|
| U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. MGIC Invt. Corp | | | | | Buy | 3/25 | J | | |
| 92. | | | | | Partial sale | 6/7 | J | A | |
| 93. Motorola Incorporated | | | | | Buy | 3/25 | J | | |
| 94. | | | | | Partial sale | 4/12 | J | A | |
| 95. | | | | | Buy | 11/9 | J | | |
| 96. Neenah Paper | | | | | Buy | 3/25 | J | | |
| 97. | | | | | Sell | 12/7 | J | A | |
| 98. Noble Energy Inc | | | | | Buy | 12/22 | J | | |
| 99. Northrop Grumman Corp | | | | | Buy | 3/25 | J | | |
| 100. Pitney Bowes Inc | | | | | Buy | 3/25 | J | | |
| 101. Posco Spons Adr | | | | | Buy | 8/23 | J | | |
| 102. Radian Group Inc | | | | | Buy | 3/25 | J | | |
| 103. Raytheon Co New | | | | | Buy | 3/25 | J | | |
| 104. | | | | | Partial sale | 11/4 | J | A | |
| 105. Rio Tinto Plc Spons Adr | | | | | Buy | 3/25 | J | | |
| 106. Safeway Inc New | | | | | Buy | 4/21 | J | | |
| 107. Sprint Corp | | | | | Buy | 3/25 | J | | |
| 108. Transocean | | | | | Buy | 3/25 | J | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | Sell | 9/21 | J | A | |
| 110. Union Pacific Corp | | | | | Buy | 3/25 | J | | |
| 111. Verizon Communications | | | | | Buy | 3/25 | J | | |
| 112. Viacom Inc Cl B | | | | | Buy | 12/3 | J | | |
| 113. | | | | | Buy | 12/22 | J | | |
| 114. Wells Fargo | | | | | Buy | 3/25 | J | | |
| 115. | | | | | Sell | 4/12 | J | A | |
| 116. IRA #3 | B | Dividend | M | T | | | | | |
| 117. Piper Jaffray Prime Obligations | | | | | Opened | 3/24 | A | | |
| 118. Aflac Inc | | | | | Buy | 3/26 | J | | |
| 119. Amer Int'l Group Inc | | | | | Buy | 3/26 | J | | |
| 120. Amgen Inc | | | | | Buy | 3/26 | J | | |
| 121. Bank of New York | | | | | Buy | 3/26 | J | | |
| 122. Bed Bath & Beyond Inc | | | | | Buy | 3/26 | J | | |
| 123. Cisco Systems | | | | | Buy | 3/26 | J | | |
| 124. Citigroup Inc | | | | | Buy | 3/26 | J | | |
| 125. Colgate-Palmolive | | | | | Buy | 3/26 | J | | |
| 126. Dell Inc | | | | | Buy | 3/26 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Emerson Electric Co | | | | | Buy | 3/26 | J | | |
| 128. First Data Corp | | | | | Buy | 3/26 | J | | |
| 129. | | | | | Buy | 7/1 | J | | |
| 130. | | | | | Sell | 12/3 | J | A | |
| 131. General Electric Company | | | | | Buy | 3/26 | J | | |
| 132. | | | | | Sell | 8/23 | J | A | |
| 133. Goldman Sachs | | | | | Buy | 3/26 | J | | |
| 134. | | | | | Sell | 5/4 | J | A | |
| 135. Harley Davidson Inc | | | | | Buy | 3/26 | J | | |
| 136. Intel Corp | | | | | Buy | 3/26 | J | | |
| 137. | | | | | Partial sale | 7/16 | J | A | |
| 138. Int'l Business Mach Corp | | | | | Buy | 3/26 | J | | |
| 139. Johnson & Johnson | | | | | Buy | 3/26 | J | | |
| 140. Lilly Eli & Co | | | | | Buy | 3/26 | J | | |
| 141. Linear Technology Corp | | | | | Buy | 3/26 | J | | |
| 142. Lowes Companies Inc | | | | | Buy | 3/26 | J | | |
| 143. Marsh & Mclennan Cos. | | | | | Buy | 3/26 | J | | |
| 144. | | | | | Buy | 8/10 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 5. | | | | | Sell | 8/30 | J | A | |
| 146. Mbna | | | | | Buy | 3/26 | J | | |
| 147. Medco Health Solutions | | | | | Buy | 3/26 | J | | |
| 148. Medtronic Inc | | | | | Buy | 3/26 | J | | |
| 149. Microsoft Corp | | | | | Buy | 3/26 | J | | |
| 150. Morgan Stanley | | | | | Buy | 3/26 | J | | |
| 151. Nokia Corp. | | | | | Buy | 3/26 | J | | |
| 152. | | | | | Sell | 6/23 | J | A | |
| 153. Omnicom | | | | | Buy | 3/26 | J | | |
| 154. Oracle Corp | | | | | Buy | 3/26 | J | | |
| 155. | | | | | Partial sale | 12/22 | J | A | |
| 156. Pepsico Incorporated | | | | | Buy | 3/26 | J | | |
| 157. Pfizer Incorporated | | | | | Buy | 3/26 | J | | |
| 158. Procter & Gamble Co | | | | | Buy | 3/26 | J | | |
| 159. Qualcomm Inc | | | | | Buy | 3/26 | J | | |
| 160. SLM Corp | | | | | Buy | 3/26 | J | | |
| 161. | | | | | Sell | 5/5 | J | A | |
| 162. State Street Corp | | | | | Buy | 3/26 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | Buy | 4/12 | J | | |
| 164. | | | | | Sell | 6/25 | J | A | |
| 165. Stryker Corp | | | | | Buy | 3/26 | J | | |
| 166. | | | | | Partial sale | 6/23 | J | A | |
| 167. Sysco Corporation | | | | | Buy | 3/26 | J | | |
| 168. Target Corp | | | | | Buy | 3/26 | J | | |
| 169. Texas Instruments Inc | | | | | Buy | 3/26 | J | | |
| 170. 3M Co | | | | | Buy | 3/26 | J | | |
| 171. | | | | | Partial sale | 7/20 | J | A | |
| 172. UPS | | | | | Buy | 3/26 | J | | |
| 173. | | | | | Sell | 10/27 | J | A | |
| 174. United Technologies Corp | | | | | Buy | 3/26 | J | | |
| 175. Unitedhealth Group Inc | | | | | Buy | 3/26 | J | | |
| 176. | | | | | Partial sale | 11/4 | J | A | |
| 177. Walgreen's | | | | | Buy | 3/26 | J | | |
| 178. | | | | | Buy | 4/12 | J | | |
| 179. | | | | | Partial sale | 7/1/0 | J | A | |
| 180. | | | | | Partial sale | 9/24 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A–H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J–P) | (2) Value Method Code 3 (Q–W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J–P) | (4) Gain Code 1 (A–H) | (5) Identity of buyer/seller (if private transaction) |
| 181. | | | | | Sell | 10/28 | J | A | |
| 182. Wal-Mart | | | | | Buy | 3/26 | J | | |
| 183. | | | | | Sell | 4/12 | J | A | |
| 184. Wells Fargo | | | | | Buy | 3/26 | J | | |
| 185. | | | | | Sell | 4/12 | J | A | |
| 186. Zimmer Holdings | | | | | Buy | 3/26 | J | | |
| 187. West Des Moines State Bank | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

II. Agreements.
Nyemaster Law Firm deferred compensation agreement was in effect only through February, 2004, and is no longer an agreement. NCMBO Profit Sharing retirement plan has been closed and rolled over into IRA's.

III. Non-investment Income.
The payment of deferred compensation from the Nyemaster Law Firm on February 27, 2004 represents the final payment, ending any financial relationship with the firm.

VII. Investments and Trusts
Funds in a former law firm retirement plan were rolled into IRA's resulting in an investment plan in which I had the power to direct investments, and therefore requiring a substantial change in the listing of investments.
The former law firm retirement plan, which was set forth in the Agreements section of prior reports was mistakenly left off this section. This issue was discussed with Financial Disclosure Committee staff who suggested that I note this error here and advise that in each of the prior years that NCMBO retirement plan would have had a value code of N and a value method code of T. As the retirement plan did not allow specific direction, but only a selection of a class of investments, no specific listing of holdings would have been required.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse an   minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further ce tify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

Date  5/3/05

NOT                                                                          FALSIFIES OR FAILS TO FILE THIS R PORT MAY
BE S                                   NCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# UNITED STATES DISTRICT COURT
## Southern District of Iowa

*Chambers of*
**JAMES E. GRITZNER**
*District Judge*
United States Courthouse
123 East Walnut Street
Des Moines, IA 50309



Phone: 515/284-6291
Fax: 515/284-6205

August 15, 2005

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

RE: Amendment to Calendar Year 2004 Filing

Dear Judge Lisi:

I have your letter of August 1, 2005, regarding omissions and errors in my Financial Disclosure Report dated May 3, 2005. I regret the oversights. Please accept the following as an amendment to my prior report.

Part VII, page 1, lines 2-12 and 18 should be amended as you suggest. For lines 2-11 and 18 Column B(1) should be blank and Column B(2) should indicate "None". Line 12 should show an "A" in Column B(1) and "Dividend." in Column B(2).

Part VII, page 1, line 14 should be amended as you suggest. In Column C(1) there is a typo and the code should be "J". Column D(1) should indicate "Buy", Column D(2) should indicate 3/17, Column D(3) should indicate "J", and Column D(4) should indicate "A".

I trust this responds to the issues raised in your letter. Thank you for your kind attention to this matter.

Sincerely,



James E. Gritzner
U. S. District Court Judge

nh